STATE OF NEW JERSEY v. GERMANO REVIRA.

February 14, 1979.  Petition for certification denied.

THOMAS LA FRONZ v.
WEEHAWKEN BOARD OF EDUCATION.

February 14, 1979.  Petition for certification denied. (See 164 *N. J. Super.* 5)

STATE OF NEW JERSEY v. GEORGE H. HILL.

February 14, 1979.  Petition for certification denied.

ANTHONY CALABRESE v. KEARNY CAB COMPANY.

February 14, 1979.  Petition for certification denied.

LENA LICATA v. BOARD OF REVIEW.

February 14, 1979.  Petition for certification denied.

JOHN WHITE v. MAMIE SMITH.

February 14, 1979.  Petition for certification denied.